In the Matter of the Application of PACKMORE REALTY CORPORATION, Respond-

ent, for an Order Fixing the Amount of a Bond to Discharge a Notice of Lien Filed February 23, 1927, by JAC ABRAMS & BROTHER, INC., Appellant, in so Far as the Said Lien Purports to Affect the Interest of LEE SHUBERT and WILLIAM KLEIN as Owners in Fee.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.